# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

April 1, 2008

Larry L. Leifer, Esq.
Leifer, Levine & Associates, LLC
111 Dunnell Road
Maplewood, NJ 07040

Stephen E. Siegrist, Esq.
Murphy & O'Connor, LLP
Commerce Center
1810 Chapel Avenue West
Suite 130
Cherry Hill, NJ 08002-4607

David J. Bishop, Esq.
Crammer, Bishop, Marczyk & O'Brien, P.C.
508 New Jersey Avenue
Suite B3
Absecon, NJ 08201

John A. Talvacchia, Esq
Stahl & Delaurentis, P.C.
1102 Laurel Oak Road
Suite 103
Voorhees, NJ 08043

Kyle K. Bradley
State of New Jersey Office
of the Attorney General
Division of Law Corrections
and State Police
25 Market Street
P.O. Box 112
Trenton, NJ 08625

### LETTER ORDER

    Re:    **Charles v. Essex County Correctional Facility, et al.**
             **Civil Action No. 07-4309 (SDW)**

Dear Counsel and Defendants:

    Attorney Larry L. Leifer, Esq., on behalf of the law firm of Leifer, Levine & Associates, has moved for leave to withdraw as counsel for Plaintiff Keyenn Charles. I have considered the papers considered in support of the motion. No papers were filed in opposition to the motion.

      This Court finds that good cause exists within the contemplation of R.P.C. 1.16(b)(6) for withdrawal of counsel from this case. Accordingly, the motion for leave to withdraw is granted. Mr. Leifer is further ordered to provide his clients with copies of this Order.  If new counsel is not secured and an appearance entered by April 30, 2008, Mr. Charles will deemed to be proceeding on a _pro se_ basis.

      All parties are directed to appear before the Court for a status conference on **May 2, 2008 at 12:00 noon.**  Mr. Charles (or his new counsel) shall appear.   Failure to appear shall result in sanctions.

      **SO ORDERED.**

                                              _s/Madeline Cox Arleo_
                                              **MADELINE COX ARLEO**
                                              **United States Magistrate Judge**

cc:     Clerk
          Hon. Susan D. Wigenton, U.S.D.J.
          All Parties
          File