NOT FOR PUBLICATION                                              CASE CLOSED

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEYENN CHARLES, | |
| Plaintiff, | Civil Action No. 07-4309 (SDW) |
| v. | |
| ESSEX COUNTY CORRECTIONAL FACILITY, et al., | **ORDER** |
| Defendants. | August 8, 2008 |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Madeline C. Arleo, filed July 28, 2008. The Court having received no objections to the Report and Recommendation; and the Court having reviewed the Report and Recommendation, as well as the other documents on file on this matter; and for good cause shown;

It is on this 8th day of August 2008, **ORDERED** that the Report and Recommendation of Magistrate Judge Arleo, filed July 28, 2008, is hereby **ADOPTED** as the facts and conclusions of law of this Court.

As Plaintiff's Third Amended Complaint is hereby **DISMISSED** with prejudice, the Clerk of the Court shall remove this case from the Court's active docket.

s/Susan D. Wigenton, U.S.D.J.

Orig:   Clerk
cc:     Madeline Cox Arleo, U.S.M.J.